IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18-CR-3107 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MARGARET MARY KELLY, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 74) is granted.

2. Defendant Margaret Mary Kelly's sentencing is continued to November 12, 2019, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of October, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge