IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiff,                              **4:18CR3107**

            vs.

                                                                **ORDER**

MARGARET MARY KELLY,

                        Defendant.

IT IS ORDERED:

1)      The motions of Jessica Milburn to withdraw as counsel of record for Defendant, (Filing Nos. 99 and 106), are granted.

2)      Defendant's newly retained counsel, Jennifer Tomka, shall promptly notify Defendant of the entry of this order.

3)      The clerk shall delete Jessica Milburn from any future ECF notifications herein.

Dated this 14th day of June, 2021.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge